## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| David Papenhausen, | ) | |
| | ) | **ORDER STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ConocoPhillips Company, and Burlington Resources Oil & Gas Company, LP, individually, and d/b/a Burlington Resources Oil & Gas, LP, | ) ) ) ) | |
| | ) | Case No. 1:20-cv-115 |
| Defendants. | ) | |

A status conference will be held before the magistrate judge on January 13, 2021, at 1:30 p.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 5th day of August, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court