## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| David Papenhausen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| ConocoPhillips Company, et al., | ) | Case No. 1:20-cv-115 |
| | ) | |
| Defendants. | ) | |

On October 5, 2021, the parties contacted the court to request a continuance of trial. The court **GRANTS** the request. The final pretrial conference set for April 4, 2022, shall be rescheduled for August 30, 2022, at 9:00 AM by telephone. To participate, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial set for April 18, 2022, shall be rescheduled for September 12, 2022, at 9:00 AM in Bismarck (Courtroom #2) before the undersigned. A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court