# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| David Papenhausen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| ConocoPhillips Company, et al., | ) | Case No. 1:20-cv-115 |
| | ) | |
| Defendants. | ) | |

On August 16, 2023, the court certified questions of law to the North Dakota Supreme Court. Pending resolution of these of these questions, all remaining pretrial deadlines are stayed and the final pretrial conference and jury trial scheduled for February 13 and 26, 2024, respectively are cancelled with the understanding that they shall be rescheduled as necessary at a later date.

**IT IS SO ORDERED.**

Dated this 1st day of September, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court