### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| David Papenhausen,            )<br>                                               )      **ORDER**<br>            Plaintiff,          )<br>                                               )<br>vs.                                          )<br>                                               )      Case No. 1:20-cv-115<br>ConocoPhillips Company, and    )<br>Burlington Resources Oil & Gas Company )<br>LP, individually, and d/b/a Burlington    )<br>Resources Oil & Gas LP,         )<br>                                               )<br>            Defendants.       ) | |

Pursuant to its discussion with the Parties during the status conference held and January 6, 2025, it is **ORDERED**:

(1) The final pretrial conference on March 18, 2025, shall be rescheduled for September 9, 2025, at 9:00 AM by telephone  To participate in the conference, the Parties should call 571-353-2301 and enter 292466149 followed by # when prompted for the "Call ID."

(2) The jury trial on April 7, 2025, shall be rescheduled for September 22, 2025, at 9:30 AM before the undersigned in Bismarck (courtroom 2).  A five (5) day trial is anticipated.

Dated this 22nd day of January, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court