# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| David Papenhausen, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| ConocoPhillips Company, | ) Case No. 1:20-cv-115 |
| Defendant. | ) |

On May 6, 2025, the court held a status conference to discuss Plaintiff's request that ConocoPhillips present Scott Simonson for a deposition. Pursuant to its discussion with the parties, the court shall permit Plaintiff to depose Scott Simonson with the caveat that it will be conducted expedititously in order to preserve the existing deadlines.

**IT IS SO ORDERED.**

Dated this 6th day of May, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court