**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| David Papenhausen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **FOR DISMISSAL WITH PREJUDICE** |
| v. | ) | |
| | ) | |
| ConocoPhillips Company, and | ) | |
| Burlington Resources Oil & Gas | ) | |
| Company LP, individually, and | ) | |
| d/b/a Burlington Resources Oil & | ) | |
| Gas LP, | ) | Case No.: 1:20-cv-00115 |
| | ) | |
| Defendants. | ) | |

On October 23, 2025, the parties filed a *Stipulation for Dismissal with Prejudice*. (Doc. No. 64). The parties agree to dismiss with prejudice all claims and causes of action, without costs or attorneys' fees to any party. Upon consideration, the Court **ADOPTS** the stipulation in its entirety and **ORDERS** that all claims between the parties be **DISMISSED with prejudice** pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court